UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-	Case No. 3:09-cr-053-01
District Judge Thomas M. Rose

HOMER A. SHARP,

Defendant.

## ORDER

On February 15, 2012, the Defendant appeared with Counsel for a Probation Violation Hearing. The Defendant admitted to the violations as alleged by the U.S. Probation Department. The Court accepted the admissions and taking the matter under advisement, ordered the Defendant detained pending further order of the Court. An Interim/Final Probation Revocation Hearing was set for Friday, April 20, 2012, at 2:30 p.m.

Based upon recent recommendations from the U.S. Probation Department, the Defendant should be released from custody on Thursday, March 29, 2012, to U.S. Probation Officer Kristin Keyer for the purposes of but not limited to attendance of a scheduled mental health appointment. Immediately following the Defendant's appointment, he is to enter into the Morningstar Program ("Program"). Defendant is to comply with all rules of the Program including those associated with Morningstar's behavioral contract. Near completion of the Program, Officer Keyer will notify this Court that this matter is ready for final disposition.

Therefore, the Court **ORDERS** that the Defendant be released from custody to U.S. Probation Officer Kristin Keyer on Thursday, March 29, 2012, to attend a scheduled mental health appointment. Following Defendant's appointment and receipt of his medications, he will enter into the Morningstar Program. He will comply with all rules of the Program. He will participate and complete the Program.

All other conditions of Probation as previously ordered by this Court shall remain in effect. Final disposition of this matter will be reset upon further order of the Court.

**DONE** and **ORDERED** in Dayton, Ohio, this 26th day of March 2012.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT