IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA :

vs : Case No. 3:09-CR-53-1

HOMER A. SHARP, :

## ORDER CONTINUING PROBATION

Pursuant to the record set forth in open Court on May 22, 2012, Defendant appeared with Counsel for final disposition on revocation of his Probation Supervision. Defendant had previously admitted to the alleged violations in the Amended Petition (doc. 43). The Court had accepted the admissions, and after taking the matter under advisement, ordered the Defendant to be released on March 26, 2012, to U.S. Probation Officer Kristin Keyer for the purposes of attending a mental health appointment and entrance to the Morningstar Program. On April 4, 2012, the Defendant successfully completed the Morningstar Program.

The Court finds that based upon the Defendant's successful completion of the Morningstar Program, his continued reporting compliance, and without objections from the Government, the Court has chosen not to revoke the Defendant's Probation at this time. The Court **ORDERS** the Defendant be continued on Probation Supervision with all of the same conditions as previously imposed with the exception that the Court will not impose appointment of a payee and specifically renews the following conditions of Probation:

1. The Defendant shall participate in mental health treatment, either inpatient or outpatients, as directed and approved by the Probation Officer;

2. The Defendant shall pay any restitution that remains unsatisfied from the original term of Probation, in monthly installments of no less than $50 per month;

3. The Defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the Probation Officer; and

4. The Defendant is prohibited from opening any eBay account and selling items on-line.

Following the conclusion of the proceedings, the Defendant was orally explained his rights of appeal and indicated understanding of same.

IT IS SO ORDERED.

Date: May 23, 2012

Thomas M. Rose, Judge
United States District Court