# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

          **Plaintiff,**

-vs-                                 Case No. 3:09-CR-53-2

                                        District Judge Thomas M. Rose

**BELINDA DAVENPORT,**

          **Defendant.**

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF PROBATION AND IMPOSING SENTENCE

       Pursuant to the record set forth in open Court on October 26, 2012, the Defendant appeared with Counsel, and entered an admission to violation # 2 of her conditions of probation as alleged by the U.S. Probation Department. The Government and U.S. Probation Department withdrew violations #1,3,4,5, and 6. The Court accepted the admission and found that the Defendant had violated the conditions of her probation as alleged and proceeded immediately to sentencing. The Court ORDERED:

       The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months and one (1) day. The sentence will not be followed by any period of supervision.

       The Court recommends to the United States Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated as to said offense.

       The Defendant was explained her rights of appeal and she indicated an understanding of the same.

       The Defendant remanded to the custody of the U.S. Marshal.

       IT IS SO ORDERED.

Date: October 29, 2012

                                                        THOMAS M. ROSE, JUDGE
                                                        UNITED STATES DISTRICT COURT